## In the Matter of the Estate of James Norris, Deceased, Margrethe Collins, Claimant-Appellant.

### Gen. No. 11,644. 

Second District, Second Division.
February 19, 1963.
Rehearing denied April 2, 1963.

Daniel A. Gallagher, of Chicago, and Eugene T. Daly, of Waukegan, for appellant; Snyder, Clarke, Dalziel, and Holmquist & Johnson, of Waukegan (Gerald C. Snyder, of counsel), for appellee. Opinion by JUDGE SPIVEY. Not to be published in full.